UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 09684
    ADRIANNE M BOND
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-4548
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/29/07 and confirmed on 10/05/07.

2. The case was dismissed after confirmation, 06/27/2008.

3. The Debtor paid a total of $ 3700.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT ACCEPTANCE CORP | SECURED VEHIC | 5316.75 | 155.07 | 2066.15 |
| ROCKENBACH CHEVROLET | SECURED | 138.90 | .00 | 138.90 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 187.70 | .00 | .00 |
| CREDIT BUREAU OF CHRISTI | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF WAUKEGAN | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| EAGLE RIDGE APTS | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| GREENWICH FINANCE | UNSECURED | 5000.00 | .00 | .00 |
| NATURAL HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 867.99 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN LAKE MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| SENEX SERVICES | UNSECURED | 702.10 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 3504.34 | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEXTEL COMMUNICATIONS | UNSECURED | 181.58 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5455.65 | .00 | 10443.71 | .00 | 15899.36 |
| PRINCIPAL PAID | 2205.05 | .00 | .00 | .00 | 2205.05 |

```
INTEREST PAID              155.07            .00           .00          .00      155.07
TOTAL PAID                2360.12            .00           .00          .00     2360.12
```
The Debtor's attorney, DANIEL J WINTER                , was allowed $   3500.00
and was paid $    197.00  direct and $   1180.08  through the plan.

The Trustee received $    159.80 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE